UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
                                                          DOC #: _____
                                                          DATE FILED: 2-28-11
```

JAMES TUROWSKI,

        Plaintiff,

  - against -

TRIARC COMPANIES, INC., PETER W. MAY,
President & Chief Operating Officer, individually
and in his official capacity, and JOHN R.
BENDER, individually, and in his official capacity,

        Defendants.
------------------------------------------------------------------x

ECF CASE

09 Civ. 3979 (VM)(FM)

**STIPULATION**

  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their respective undersigned counsel, that Defendants hereby withdraw, with prejudice, their Motion for Taxation of Costs (Docket No. 43) without costs or disbursements to any party over or against the other; and

  IT IS FURTHER HEREBY STIPULATED AND AGREED, that Plaintiff will not pursue and waives his right to an appeal of any portion of this Court's January 5, 2011 Decision and Order granting Defendants' Motion for Summary Judgment in its entirety (Docket No. 41).

  IT IS FURTHER HEREBY STIPULATED AND AGREED, that this matter is therefore closed in its entirety without costs or disbursements to any party over or against the other.

Dated: New York, New York
    February 15, 2011

CRONIN & BYCZK, LLP

By: _s/ Dominic Revellino_
  Dominic Revellino
  1983 Marcus Ave., Suite C-120
  Lake Success, NY 11042
  (516) 358-1700
  Attorneys for Plaintiffs

SEYFARTH SHAW LLP

By: _s/ Lorie Almon_
  Lorie E. Almon
  Brian Murphy
  620 Eighth Avenue
  New York, NY 10018
  (212) 218-5500
  Attorneys for Defendants

SO ORDERED: 28 February 2011

_____
Hon. Victor Marrero
United States District Judge

13116305v.1